**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PROGRESSIVE GAMING INTERNATIONAL, INC., Plaintiff | ) | |
| v. | ) | C.A. No.: 08-013/S |
| GREG VENTURI, and JOHN FERL, Defendants. | ) | |

**ENTRY OF APPEARANCE**

Michael J. Daly and Thomas Connolly hereby enter their appearances on behalf of plaintiff Progressive Gaming International, Inc. in the above-captioned matter.

Pursuant to LR Gen 206(c)(1), Michael Daly may be designated as attorney to receive notices sent to any attorneys at Vetter & White in the above-captioned matter. Attorney Brooks R. Magratten shall be designated lead counsel pursuant to LR Gen 206(d).

Respectfully submitted,

/s/ Michael J. Daly
/s/ Thomas Connolly

Michael J. Daly, Esq., #6729
Thomas Connolly, Esq., #7497
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
tconnolly@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: January 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the __14th__ day of January 2008 I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Entry of Appearance to:

Greg Venturi
The Law Offices of Greg J. Venturi
1533 1/2 Centinela Avenue
Santa Monica, CA 90404

John Ferl
802 First Street
Manhattan Beach, CA 90266

/s/ Thomas Connolly