| *Attorney or Party without Attorney:*<br>BROOKS R. MAGRATTEN, Bar #3585<br>VETTER & WHITE<br>20 WASHINGTON PLACE<br>PROVIDENCE, RI 02903<br>*Telephone No:* 401-421-3060 *FAX No:* 401-272-6803<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND | | | | |
| *Plaintiff:* PROGRESIVE GAMING INTERNATIONAL, INC.<br>*Defendant:* GREG VENTURI, ET AL. | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CA08013S |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT.

3. a. *Party served:* GREG J. VENTURI

4. *Address where the party was served:* 7730 PASEO DEL REY
PLAYA DEL REY, CA 90293

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 23, 2008 (2) at: 5:44PM

7. ***Person Who Served Papers:***
   a. ANGEL MOLINA
   **b. FIRST LEGAL INVESTIGATIONS**
   301 CIVIC CENTER DRIVE WEST
   SANTA ANA, CA 92702
   c. (714) 550-1375

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee*** *for Service was:*
   e. I am: Not a Registered California Process Server

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Fri, Jan. 25, 2008

(ANGEL MOLINA)