**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PROGRESSIVE GAMING INTERNATIONAL, INC., Plaintiff | ) | |
| v. | ) | C.A. No.: 08-013/S |
| GREG VENTURI, and JOHN FERL, Defendants. | ) | |

**ENTRY OF APPEARANCE**

Michael J. Daly hereby enters his appearances on behalf of plaintiff Progressive Gaming International, Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Michael J. Daly
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
mdaly@vetterandwhite.com

Dated: February 20, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this Entry of Appearance on February 20, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that on February 20, 2008, I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Entry of Appearance to:

Greg Venturi, Esq.
The Law Offices of Greg J. Venturi
1533 1/2 Centinela Avenue
Santa Monica, CA 90404

John Ferl
802 First Street
Manhattan Beach, CA 90266

/s/ Michael J. Daly