UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROGRESSIVE GAMING INTERNATIONAL, INC., Plaintiff | ) | |
| v. | ) | C.A. No. 08-013/S |
| GREG VENTURI, and JOHN FERL, Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT GREG VENTURI'S MOTION TO DISMISS OR TO TRANSFER**

Plaintiff Progressive Gaming International, Inc. ("PGIC") moves pursuant to Fed. R. Civ. P. 6(b) to extend the time in which to respond to defendant Greg Venturi's motion to dismiss or to transfer. Pursuant to LR Cv 7, Mikohn does not file a supporting memorandum of law, but respectfully represents as follows:

1) PGIC's opposition to Venturi's motion to dismiss or to transfer presently is due on March 17, 2008;

2) In connection with its objection to Venturi's motion to dismiss for lack of personal jurisdiction, PGIC intends to rely on a declaration of Robert Ziems, Esq. The declaration refers to the terms of a confidential settlement agreement between PGIC and a third party. Therefore, PGIC intends to move to file the declaration under seal.

3) Pursuant to LR Gen 102(a)(4), motions to seal, "together with the documents or materials which are the subject of the motion," must be filed by hand with the clerk's office. For unforeseen reasons, counsels for PGIC are unable to obtain the signed declaration of Attorney Ziems before the clerk's office closes on March 17, 2008.

For the reasons set forth herein, PGIC respectfully requests an additional two days to file its objection to Venturi's motion to dismiss or to transfer, to wit, on or before March 19, 2008.

Respectfully submitted,

_/s/ Michael J. Daly_________________

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
Thomas Connolly, No. 7497
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
tconnolly@vetterandwhite.com

Dated: March 17, 2008

**CERTIFICATE OF SERVICE**

To:

John A. Ferl
501 Hernondo St. No. 4
Hermosa Beach, CA 90254

Greg J. Venturi, Esq.
1533-1/2 Centinela Ave.
Santa Monica, CA 90404

I hereby certify that I caused to be served on the above-named individuals a copy of the within Motion by mailing first class mail, postage prepaid, on March 17, 2008. I further certify that I electronically filed this Motion on March 17, 2008 and that it is available for viewing and downloading from the Court's Electronic Case Filing System.

/s/ Michael J. Daly