UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROGRESSIVE GAMING INTERNATIONAL CORPORATION<br>Plaintiff | ) | |
| v. | ) | C.A. No. 08-013/S |
| GREG VENTURI,<br>and JOHN FERL,<br>Defendants. | ) | |

# EXHIBIT A

**to**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT GREG VENTURI'S MOTION TO DISMISS OR TO TRANSFER**

**[FILED UNDER SEAL]**