UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROGRESSIVE GAMING INTERNATIONAL, INC., Plaintiff | ) | |
| v. | ) | C.A. No. 08-013/S |
| GREG VENTURI, and JOHN FERL, Defendants. | ) | |

**PLAINTIFF'S MOTION TO**
**FILE A SUPPLEMENTAL MEMORANDUM**

Plaintiff Progressive Gaming International Corporation, f/k/a Mikohn Gaming Corporation, moves pursuant to LR Cv 7(b)(3) to file a supplemental, three (3) page, memorandum in opposition to defendant Greg Venturi's Motion to Dismiss ("motion"). The purpose of the supplemental memorandum is to address legal issues raised for the first time at the May 7, 2008 hearing on Venturi's motion. Plaintiff submits herewith a supporting memorandum of law.

Respectfully submitted,

/s/ Michael J. Daly

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
Thomas Connolly, No. 7497
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
tconnolly@vetterandwhite.com

Dated: May 8, 2008

**CERTIFICATE OF SERVICE**

To:

John A. Ferl
501 Hernondo St. No. 4
Hermosa Beach, CA 90254

Greg J. Venturi, Esq.
1533-1/2 Centinela Ave.
Santa Monica, CA 90404

I hereby certify that I caused to be served on the above-named individuals a copy of the within Motion by mailing first class mail, postage prepaid, on May 8, 2008. I further certify that I electronically filed this Motion on May 8, 2008 and that it is available for viewing and downloading from the Court's Electronic Case Filing System.

/s/ Michael J. Daly

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROGRESSIVE GAMING INTERNATIONAL, INC., Plaintiff | ) | |
| v. | ) | C.A. No. 08-013/S |
| GREG VENTURI, and JOHN FERL, Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL MEMORANDUM**

Plaintiff, Progressive Gaming International Corporation, f/k/a Mikohn Gaming Corporation (hereafter "Mikohn"), moves pursuant to LR Cv 7(b)(3) to file a supplemental, three (3) page, memorandum in opposition to defendant Greg Venturi's motion to dismiss.

At the May 7, 2008 hearing on Venturi's motion to dismiss, this Court raised the question of whether champerty required that the underlying, instigated, lawsuit be frivolous or meritless. Venturi did not brief or argue this issue and, as such, Mikohn did not address it in its previously filed written submissions. To respond further to this Court's inquiry, Mikohn seeks leave to submit a supplemental memorandum, primarily discussing the case of State v. Chitty, 1 Bail. 379, 1860 WL 1234 (S.C. 1830), wherein it was held that the merits or propriety of the underlying lawsuit are irrelevant to the champerty analysis.

For the reasons set forth herein, Mikohn respectfully requests permission to submit a supplemental memorandum to address issues raised for the first time by the Court at the hearing on Venturi's motion to dismiss.

Respectfully submitted,

/s/ Michael J. Daly

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
Thomas Connolly, No. 7497
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
tconnolly@vetterandwhite.com

Dated: May 8, 2008

**CERTIFICATE OF SERVICE**

To:

John A. Ferl
501 Hernondo St. No. 4
Hermosa Beach, CA 90254

Greg J. Venturi, Esq.
1533-1/2 Centinela Ave.
Santa Monica, CA 90404

I hereby certify that I caused to be served on the above-named individuals a copy of the within Memorandum by mailing first class mail, postage prepaid, on May 8, 2008. I further certify that I electronically filed this Memorandum on May 8, 2008 and that it is available for viewing and downloading from the Court's Electronic Case Filing System.

/s/ Michael J. Daly