John A. Ferl
501 Herondo # 4
Hermosa Beach, CA 90254
In Propria Persona

UNITED STATES DISTRICT COURT
DISTRICT 0F RHODE ISLAND

| | |
|---|---|
| **PROGRESSIVE GAMING INTERNATIONAL, INC.** | **C. A. No. CA 08 013S** |
| **Plaintiff,** | |
| **vs.** | **ANSWER TO COMPLAINT** |
| **GREG VENTURI and JOHN FERL** | |
| **Defendants.** | |

**COMES NOW,** Defendant, JOHN A. FERL, and for an answer pleads as follows:

With the exception of Paragraphs 3, 14, 15, and 16 of the complaint, which are admitted, this answering defendant denies generally and specifically each and every allegation therein contained. Defendant has no knowledge with respect to Paragraphs 1, 2, 4, 5, 6,7, 32. 33, and on the basis of such lack of information and belief, denies the same.

FIRST AFFIRMATIVE DEFENSE

Count I-Champerty fails to state a cause of action.

Count II-Tortious Interference with contract fails to state a cause of action.

Count III-Tortious Interference with business relations fails to state a cause of action.

Count IV-Defamation fails to state a cause of action in that there are no allegations in the complaint which plead libel or slander.

Count V-Unjust Enrichment fails to state a cause of action.

Count VI-Civil Conspiracy fails to state a cause of action.

SECOND AFFIRMATIVE DEFENSE

The issues raised herein have been settled, and this answering defendant is informed and believes, and on such basis alleges that he has been released pursuant to a confidential settlement agreement in the suit referred to in Paragraph 33 of the complaint, To wit, Hasbro v. Mikohn C.A. No. 05-106S, in the District of Rhode Island.

THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes, and on the basis of such information and belief, alleges that by bringing this suit Plaintiff has breached its confidential settlement agreement releasing Defendant; and Plaintiff is es topped from raising any of the claims pleaded in the complaint, is barred from doing so, and has waived them.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from pursuing it cause of action for Champerty and Maintenance because Hasbro was the prevailing party in the underlying suit

Dated: May 15, 2008

John A. Ferl

JOHN A. FERL in Propria Persona

# PROOF OF SERVICE

**STATE OF CALIFORNIA )**
**) ss**
**COUNTY OF LOS ANGELES )**

I am employed at 501 Herondo, # 4, Hermosa Beach, CA 90254

On May 21, 2008, I served the following document(s) on the party or parties listed below:

**Defendant's letter to Judge Smith, Answer and Cross-Claim**

___ I sent such document by facsimile machine (310) 828-4000 on , 2006 I certify that said transmission was completed, that all pages were received as reflected by the report generated by said facsimile machine, confirming said transmission and receipt. I thereafter mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the party(ies) addressed as set forth below.

__X_ by placing the document(s) shown above in a sealed envelope with postage fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

__X_ by personally delivering the document(s) listed above to the person(s) at the addresse(es) set forth below, on Greg J. Venturi

___ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid and deposited with the Federal express at Los Angeles, CA, addressed as set forth below.

Michael J. Daly
Thomas Connolly
Vetter and White
20 Washington Place
Providence, RI 02903

The Hon. William E. Smith
U.S. District Court for the District of Rhode Island
Attn: Clerk's Office, One Exhange Terrace
Providence, RI 02903

Greg J. Venturi
(hand-delivered)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown by this affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 21 st day of May, 2008 at Los Angeles County, California

John A. Ferl

JOHN A. FERL