UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **PROGRESSIVE GAMING INTERNATIONAL, INC.** | **C. A. No. CA 08 013S** |
| **Plaintiff,** | **DECLARATION OF GREG J. VENTURI IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CROSS-CLAIM** |
| **vs.** | |
| **GREG VENTURI and JOHN FERL** | |
| **Defendants.** | **Date: NO DATE SET**<br>**Time**<br>**Dept.** |

**I, GREG J. VENTURI, say:**

1. I am a defendant and Cross-claimant in this action, and familiar with the circumstances of the case. If called upon to testify, I can competently, and with first hand knowledge, testify to the following.

2. Pursuant to a stipulation between the parties executed in late August, allowing for the production of confidential documents, to wit: THE SETTLEMENT AGREEMENT in the underlying case of Hasbro Inc. v. Mikohn, I discovered, for the first time, that the release provisions thereof, release "related persons," "agents,"and "Assignees" of Hasbro, Inc. AND that the said agreement also NAMES Cross-claimants Ferl and Venturi as individuals to whom the amount of the settlement can be revealed.

3. I just learned, for the first time in late August, that Hasbro did what it could to protect me against a suit by Mikohn/Progressive Gaming International, Inc. in the drafting of the confidential settlement agreement; and that Cross-Defendant, PGIC

nevertheless knowingly breached the release provisions by bringing suit against Cross-Claimants Ferl and Venturi.

4. Inasmuch as Cross-Claimants are named in the settlement agreement, despite the fact that they were not signatories, they are third party beneficiaries, and empowered by that status to bring suit here for breach of the settlement agreement, directly against PGIC.

5. I am making this motion promptly after discovery.

6. Cross-Defendant having been aware of the release language, is not unduly prejudiced or surprised, and is responsible in keeping it confidential, in any event.

I; declare under penalty of perjury under the laws of the State of California, allow-for declarations under penalty of perjury in lieu of Affidavits, that the foregoing is true. Executed this 13th day of September, 2008, at Santa Monica, CA

GREG J. VENTURI